UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　vs.<br><br>JOSE ALEX LOPEZ,<br>　　a/k/a "Lito,"<br>A'LAN TINGLE,<br>　　a/k/a "A.J.,"<br>KELSEY QUINN RIGBY,<br>　　a/k/a "Quinn,"<br>JARED ROBLEDO,<br>JORDAN LOPEZ,<br>and<br>TANAUSU MADRIGAL,<br>　　Defendants. | Criminal No.  4:24-CR-00448<br><br>**FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America, by and through Alamdar S. Hamdani, United States Attorney, and Anh-Khoa Tran, Assistant United States Attorneys for the Southern District of Texas, files its Notice of Related Cases.

The above captioned case is related to *United States v. Green, et al.*, Case No. 4:24-cr-404, which is currently pending before the Honorable Judge Andrew S. Hanen.  The charges in these indictments overlap and share similar legal and factual issues.

Therefore, the United States respectfully requests that this case be assigned to the same judge so that these related matters may be heard by the same judge, thereby promoting judicial economy.  The United States has filed an analogous notice in *United States v. Green*.

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: _____
Anh-khoa T. Tran
Assistant United States Attorney
(713) 567-9551